UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No.: 21-cv-00161-STV

**Raymond Butler, Plaintiff,**

v.

**Caliber Inc., a Minnesota Corporation, d/b/a/ Caliber Products Inc.**

NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff Raymond Butler, by and through the law firm of Springer & Steinberg, P.C., hereby files this notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i):

Pursuant to Rule 41(a)(1)(A)(i) an action may be dismissed without a Court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Plaintiff has resolved his claims, and hereby dismisses this action in accordance with Rule 41.

//

//

//

//

Dated: January 29, 2021

                                              **SPRINGER & STEINBERG, P.C.**

                                              *s/ Keith R. Scranton*
                                              Jeffrey A. Springer
                                              Keith R. Scranton
                                              SPRINGER & STEINBERG, P.C.
                                              1600 Broadway Suite 1200
                                              Denver, Colorado 80202
                                              T: 303.861.2800
                                              F: 303.832.7116
                                              jspringer@springersteinberg.com
                                              kscranton@springersteinberg.com